IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Action No. 3:10-cr-00033 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| JEFFERY STERLING DEANE, | ) | By: Norman K. Moon |
|     Petitioner. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** as follows:

(1) The government's motion to dismiss (Docket No. 182) is **GRANTED**;

(2) Deane's motion pursuant to 28 U.S.C. § 2255 (Docket No.163) is **DISMISSED**;

(3) This action is **STRICKEN** from the active docket of this court; and

(4) Finding that Deane has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

    **ENTER**: This 10th day of May, 2017.

                                                        _/s/ Norman K. Moon_
                                                        NORMAN K. MOON
                                                        UNITED STATES DISTRICT JUDGE